UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PATRICIA MASSEY, | ) Case No.: 1:18-cv-00937 - JLT |
|---|---|
| Plaintiff, | ) ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME NUNC PRO TUNC |
| v. | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) (Doc. 14) |
| Defendant. | |

Defendant seeks an extension of sixty days to file a response to Plaintiff's opening brief and has filed a stipulation of the parties for this extension. (Doc. 14) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 5-1 at 4), and this is the first extension sought by either party.

Beyond the extension of thirty days, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5-1 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion by Defendant to amend the Scheduling Order. Carolyn Chen, Defendant's counsel, contends the extension in necessary because "has been addressing a full workload and backlog of district court cases and other matters." (Doc. 14 at 1) Ms. Chen reports she "has shifted and is continuing to shift many of her cases to avoid missing the deadlines of her cases and minimize further delay of her older cases to which she is giving priority where possible."

1

(*Id.* at 2)  Further, Ms. Chen reports she " has other matters that required and still require her immediate attention, that could not be reassigned to another attorney." (*Id.*)  Therefore, Ms. Chen requests the filing deadline be extended to May 31, 2019.  (*Id.*)

Notably, Plaintiff does not oppose the requested extension.  (*See* Doc. 14 at 2)  In addition, it does not appear Plaintiff would suffer any prejudice through the delay.  Based upon the stipulation of the parties, the Court **ORDERS**:

1. Defendant's request for an extension of time is **GRANTED** nunc pro tunc; and
2. Defendant **SHALL** file a response to the opening brief no later than **May 31, 2019**.

**<u>The parties are advised that no further extensions of time will be granted in this action absent a showing of exceptionally good cause, which will not include the workloads of counsel.</u>**

IT IS SO ORDERED.

Dated:  **April 5, 2019**        /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE